

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

September 21, 1961

Honorable James A. Doherty          Opinion No. WW-1151
County Attorney
San Augustine County                Re:  Whether a County Commis-
San Augustine, Texas                     sioner is authorized to
                                         announce his candidacy
                                         or in fact become a can-
                                         didate for the office of
                                         County Judge without
                                         first resigning his pre-
Dear Mr. Doherty:                        sent office as Commissioner.

          Your request for an opinion states that Commissioner
E. H. Warr, Precinct 2, San Augustine County, wants to become
a candidate for the office of County Judge in the next Demo-
cratic party primary which is to be held on the first Saturday
in May, 1962. You state further that he was last elected as
Commissioner in the November 1958 General Election, and his
present term expires on December 31, 1962. In view of the
foregoing circumstances you ask:

          Whether County Commissioner E. H. Warr,
          is authorized to announce his candidacy
          or in fact become a candidate for the
          office of County Judge without first re-
          signing his present office as Commis-
          sioner.

          The answer to this question is resolved by a pro-
vision in Section 65 of Article XVI of the Texas Constitution,
which was added by an amendment proposed by the Legislature in
1957 and adopted in 1958. This provision reads as follows:

          "Provided, however, if any of the
          officers named herein shall announce
          their candidacy, or shall in fact be-
          come a candidate, in any General, Special
          or Primary Election, for any office of
          profit or trust under the laws of this
          State or the United States other than the

office then held, at any time when the unexpired term of the office then held shall exceed one (1) year, such announcement or such candidacy shall constitute an automatic resignation of the office then held, and the vacancy thereby created shall be filled pursuant to law in the same manner as other vacancies for such office are filled." (Emphasis added)

This amendment forbids certain named officials, including County Commissioners, from announcing or becoming a candidate in General, Special, or Primary elections, for any office of profit or trust at any time when the unexpired term exceeds one year. Such announcement or candidacy constitutes an automatic resignation of the office then held.

Therefore, should Mr. Warr announce or become such candidate before January 1, 1962, he would vacate his present office; such action after January 1, would not encounter the constitutional ban.

## S U M M A R Y

A County Commissioner is authorized by Section 65, Article XVI of the Texas Constitution, as amended 1958, to announce his candidacy or in fact become a candidate for the office of County Judge without first resigning his present office provided that at the date of his announcement his unexpired term of office does not exceed one year.

Yours very truly,

WILL WILSON
Attorney General of Texas

By I. Raymond Williams, Jr.
I. Raymond Williams, Jr.
Assistant

IRWjr:lgh:mm

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Henry G. Braswell
Joe B. McMaster
H. Grady Chandler
Wm. R. Hemphill

REVIEWED FOR THE ATTORNEY GENERAL

BY:  Houghton Brownlee, Jr.